**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**RONALD HUGGINS, II**                                                   **PLAINTIFF**

vs.                                                 **CASE NO.: 5:16-cv-2-DCB-MTP**

**CULBERTSON CONTRACTORS, LLC;**
**S&S CONSTRUCTION, LLC; JAY M.**
**CULBERTSON, INDIVIDUALLY AND**
**HOWARD R. STEWART, JR., INDIVIDUALLY**                     **DEFENDANTS**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through the undersigned counsel, the Parties agree that the above-styled action of Plaintiff against Defendants shall be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

This the 4th day of April, 2016.

                                                  Respectfully Submitted,

                                                  RONALD HUGGINS, II,
                                                  PLAINTIFF


                                                  /s/ *Christopher W. Espy*

                                                  Christopher W. Espy, Esq. (MSB#: 102424)
                                                  MORGAN & MORGAN, PLLC
                                                  188 East Capitol Street, Suite 777
                                                  Jackson, Mississippi 39211
                                                  Phone: 601-718-2087
                                                  Fax:    601-718-2102
                                                  Email: cespy@forthepeople.com

                                                  ATTORNEY FOR PLAINTIFF

        S & S CONSTRUCTION, LLC AND
        HOWARD R. STEWART, JR., INDIVIDUALLY
        DEFENDANTS

        /s/ *Dennis L. Horn*_____

        HORN & PAYNE
        Dennis L. Horn (MSB# 2754)
        P. O. Box 2754
        Madison, MS 39130
        Phone: (601) 853-6090
        Fax: (601) 853-2878
        hornpayne@gmail.com

        ATTORNEY FOR DEFENDANTS

        CULBERTSON CONTRACTORS, LLC, AND
        JAY M. CULBERTSON, INDIVIDUALLY

        /s/ *W. Brady Kellems*_____

        KELLEMS LAW FIRM
        W. Brady Kellems (MSB# 3549)
        P. O. Box 1406
        Brookhaven, MS 39602-1406
        Phone: (601) 835-2900
        Fax: (601) 833-7174
        brady@kellemslaw.com

        ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

  I, Christopher W. Espy, Counsel for Plaintiff, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the online CM/ECF system.

  SO CERTIFIED, this the 4th day of April, 2016.

        /s/ Christopher W. Espy_____
        Christopher W. Espy, Esq., MSB # 102424